## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dianalyn Slavin<br>    aka Diana L. Slavin<br>    aka Dianalyn L. Slavin<br>    aka Diana Lyn Slavin<br>    Reginald John Slavin Sr.<br>    aka Reginald J. Slavin, Sr.<br>    aka Reginald Slavin, Sr.<br>    aka Reginald Slavin<br>    aka Reginald John Slavin<br>    aka Reginald J. Slavin<br><br>                  Debtors | BK NO. 18-03268 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Fay Servicing, LLC as servicer for Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1 and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322