```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03268-RNO
Reginald John Slavin, Sr.                                           Chapter 13
Dianalyn Slavin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: KADavis          Page 1 of 1          Date Rcvd: May 10, 2019
                              Form ID: trc           Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5116945         Wilmington Savings Fund Society, FSB d/b/a Christi
                                                                                        TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL
               Trust Series 2012-1 bkgroup@kmllawgroup.com
              Kevin   Buttery    on behalf of Creditor    Prof-2013-S3 Legal Title Trust kbuttery@rascrane.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor 2 Dianalyn   Slavin
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent   Rubino    on behalf of Debtor 1 Reginald John Slavin, Sr.
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                              TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-03268-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Reginald John Slavin, Sr.
1508 Grassy Run
Saylorsburg PA 18353

Dianalyn Slavin
1508 Grassy Run
Saylorsburg PA 18353

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/09/2019.

Name and Address of Alleged Transferor(s):

Claim No. 16: Wilmington Savings Fund Society, FSB d/b/a Christi

Name and Address of Transferee:

US Bank Trust NA
C/O SN Servicing Corporation
323 5th Street
Eureka, CA 95501
US Bank Trust NA
C/O SN Servicing Corporation

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/12/19

Terrence S. Miller
**CLERK OF THE COURT**