```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                            Case No. 18-03268-RNO
Reginald John Slavin, Sr.                                         Chapter 13
Dianalyn Slavin
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-5        User: KADavis            Page 1 of 2           Date Rcvd: May 23, 2019
                            Form ID: ordsmiss        Total Noticed: 55
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db/jdb         +Reginald John Slavin, Sr.,    Dianalyn Slavin,    1508 Grassy Run,    Saylorsburg, PA 18353-8526
cr             +Prof-2013-S3 Legal Title Trust,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
cr             +Wilmington Savings Fund Society, FSB d/b/a Christi,    c/o Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
5092593        +ARS ACCOUNT RESOLUTION,    1643 HARRISON PKWY STE 100,    FORT LAUDERDALE, FL 33323-2857
5092594        +ASTRA BUSINESS SVC PRIVATE,    PO BOX 4072,    GREENSBORO, NC 27404-4072
5092595        +BERKHEIMER TAX ADMINISTRATION,    50 NORTH SEVENTH STREET,    BANGOR, PA 18013-1795
5096923        +BerkheimerAgtfor Chesnuthilltwp/Pleasant Valley SD,    50 north Seventh Street,
                 Bangor, PA 18013-1731
5092597        +CREATURE COMFORTS VETERINARY SVC,    PO BOX 700,    SAYLORSBURG, PA 18353-0700
5092603        +EDISON AUTO SALES,    1840 WOODBRIDGE AVE,    EDISON, NJ 08817-5126
5092604         FAY SERVICING,    PO BOX 809441,    CHICAGO, IL 60680-9441
5092606        +FULL CIRCLE FINANCIAL SVCS,    12425 RACE TRACK ROAD,    SUITE 100,    TAMPA, FL 33626-3102
5092607         HACKETTSTOWN MEDICAL CENTER,    33 WOOD AVE. SO. STE 840,    ISELIN, NJ 08830-2717
5092608        +LAWN DOCTOR,    STROUDSBURG - BANGOR,    PO BOX 452,    BRODHEADSVILLE, PA 18322-0452
5092609        +MEDICAL DATA SYSTEMS,    645 WALNUT ST STE 5,    GADSDEN, AL 35901-4173
5109187        +NORTHAMPTON CLINIC COMPANY LLC C/O PASI,    PO BOX 188,    BRENTWOOD, TN 37024-0188
5092613        +NORTHLAND GROUP INC,    PO BOX 390846,    MINNEAPOLIS, MN 55439-0846
5101644         Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,    PO BOX 16408,
                 St. Paul, MN 55116-0408
5101591         Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
                 PO BOX 8961,    Madison, WI 53708-8961
5092614         PEERLESS CREDIT SERVICES,    PO BOX 518,    MIDDLETOWN, PA 17057-0518
5092615         PENN CREDIT,    PO  BOX  988,    HARRISBURG, PA 17108-0988
5092616         PHEAA,    1200 NORTH SEVENTH STREET,    HARRISBURG, PA 17102-1444
5096924        +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
5092617         PLYMOUTH ROCK ASSURANCE,    C/O PLYMOUTH ROCK HP-PA,    PO BOX 55877,    BOSTON, MA 02205-5877
5092618        +POCONO MEDICAL CENTER,    206 EAST BROWN STREET,    EAST STROUDSBURG, PA 18301-3094
5096714        +Prof 2013-S3 Legal Title Trust,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
5092623         ST LUKE'S PHYS GROUP-BETHLEHEM,    PO BOX 25837,    SALT LAKE CITY, UT 84125-0837
5092624        +ST LUKE'S UNIVERSITY HEALTH NETWORK,    801 OSTRUM ST,    BETHLEHEM, PA 18015-1000
5092626        +WAKEFIELD & ASSOCIATES,    7005 MIDDLEBROOK PIKE,    KNOXVILLE, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5115034        +EDI: CINGMIDLAND.COM May 23 2019 23:08:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
5092596         EDI: CAPITALONE.COM May 23 2019 23:08:00      CAPITAL ONE,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
5092598        +E-mail/Text: bankruptcy@credencerm.com May 23 2019 19:05:31      CREDENCE RESOURCE MGT,
                 17000 DALLAS PKWY STE 204,    DALLAS, TX 75248-1940
5092599        +EDI: CCS.COM May 23 2019 23:08:00      CREDIT COLLECTION SERVICES,    TWO WELLS AVENUE,
                 NEWTON, MA 02459-3246
5092600         EDI: RCSFNBMARIN.COM May 23 2019 23:08:00      CREDIT ONE BANK,    PO BOX 98873,
                 LAS VEGAS, NV 89193-8873
5099987         EDI: CAPITALONE.COM May 23 2019 23:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
5092601         EDI: DIRECTV.COM May 23 2019 23:08:00      DIRECTTV,    PO 6550,
                 GREENWOOD VILLAGE, CO 80155-6550
5115321         EDI: DIRECTV.COM May 23 2019 23:08:00      Directv, LLC,    by American InfoSource as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
5173269        +EDI: ECMC.COM May 23 2019 23:08:00      ECMC,    Po box 16408,    St Paul, MN 55116,    ECMC,
                 Po box 16408,    St Paul, MN 55116-0408
5173268        +EDI: ECMC.COM May 23 2019 23:08:00      ECMC,    Po box 16408,    St Paul, MN 55116-0408
5092605        +EDI: FSAE.COM May 23 2019 23:08:00      FIRSTSOURCE ADVANTAGE,    205 BRYANT WOODS SOUTH,
                 AMHERST, NY 14228-3609
5092610        +EDI: MID8.COM May 23 2019 23:08:00      MIDLAND FUNDING,    2365 NORTHSIDE DR STE 300,
                 SAN DIEGO, CA 92108-2709
5092611        +E-mail/Text: Bankruptcies@nragroup.com May 23 2019 19:05:34      NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
5092612        +EDI: NAVIENTFKASMSERV.COM May 23 2019 23:08:00      NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
5092619        +EDI: PRA.COM May 23 2019 23:08:00      PORTFOLIO RECOVERY,    120 CORPORATE BLVD,
                 NORFOLK, VA 23502-4962
5103812         EDI: PRA.COM May 23 2019 23:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5093077        +EDI: PRA.COM May 23 2019 23:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5092620        +E-mail/Text: ebn@americollect.com May 23 2019 19:05:24      PROGRERSSIVE PHYSICIAN ASSOCIATES,
                 C/O AMERICOLLECT INC,    PO BOX 1566,    MANITOWOC, WI 54221-1566
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5097354         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2019 19:05:21
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
5103811         +EDI: JEFFERSONCAP.COM May 23 2019 23:08:00      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
5092621         EDI: DRIV.COM May 23 2019 23:08:00       SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,
                  PO BOX 560284,    DALLAS, TX 75356-0284
5092622         EDI: SWCR.COM May 23 2019 23:08:00       SOUTHWEST CREDIT,    4120 INTERNATIONAL PKWY,
                  SUITE 1100,    CARROLLTON, TX 75007-1958
5196782         +E-mail/Text: bknotices@snsc.com May 23 2019 19:05:32      US Bank Trust NA,
                  C/O SN Servicing Corporation,   323 5th Street,   Eureka, CA 95501,    US Bank Trust NA,
                  C/O SN Servicing Corporation 95501-0305
5196781         +E-mail/Text: bknotices@snsc.com May 23 2019 19:05:32      US Bank Trust NA,
                  C/O SN Servicing Corporation,   323 5th Street,   Eureka, CA 95501-0305
5150336         EDI: ECMC.COM May 23 2019 23:08:00       US Department of Education,    PO Box 16448,
                  St Paul, MN 55116-0448
5092625         EDI: ECMC.COM May 23 2019 23:08:00       US Dept. of Ed,   PO Box 16448,
                  St. Paul, MN 55116-0448
5110407         +E-mail/Text: rmcbknotices@wm.com May 23 2019 19:05:31
                  Waste Management of Pennsylvania, Inc.,   2625 W Grandview Rd Ste 150,
                  Phoenix, AZ 85023-3109
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5116945         Wilmington Savings Fund Society, FSB d/b/a Christi
cr*             ECMC,   P. O. Box 16408,   St. Paul, MN  55116-0408
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5092602        ##EASTERN REVENUE,    PO BOX 185,   SOUTHEASTERN, PA 19399-0185
                                                                                TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB d/b/a Christiana
               Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL
               Trust Series 2012-1 bkgroup@kmllawgroup.com
              Kevin   Buttery    on behalf of Creditor    Prof-2013-S3 Legal Title Trust kbuttery@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent   Rubino    on behalf of Debtor 2 Dianalyn   Slavin
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent   Rubino    on behalf of Debtor 1 Reginald John Slavin, Sr.
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Reginald John Slavin Sr., aka Reginald Slavin Sr., aka Reginald J. Slavin Sr., aka Reginald Slavin, aka Reginald J. Slavin, aka Reginald John Slavin, | Chapter | 13 |
| | Case No. | 5:18–bk–03268–RNO |

**Debtor 1**

Dianalyn Slavin,
aka Diana L. Slavin, aka Dianalyn L. Slavin, aka Diana Lyn Slavin,

**Debtor 2**

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: May 23, 2019

By the Court,

*[Signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

ordsmiss (05/18)